# IN THE SUPREME COURT OF THE STATE OF NEVADA

GILL GURPINDER,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70849

**FILED**

SEP 1 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



## *ORDER DENYING PETITION*

This is a pro se petition for a writ of habeas corpus. Petitioner challenges the constitutionality of a search pursuant to a traffic stop. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:  Gill Gurpinder
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

16-28832